# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:03CR192 |
| SCOTT ALLEN LAMKE, | ) | ORDER |
| Defendant. | ) | |

Defendant Scott Allen Lamke appeared before the court on Wednesday, December 12, 2012 on a Petition for Offender Under Supervision [27]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney on behalf of Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Donald J. Kleine on behalf of Michael D. Wellman. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [27] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a danger to the community, or a flight risk, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 10, 2013 at 10:30 a.m.** Defendant must be present in person.

2. The defendant, Scott Allen Lamke, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 12th day of December, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge